# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 27, 2023

Via E-mail

Michael S. Blume, Esq.
    U.S. Attorney's Office,
        Eastern District of New York,
            271 Cadman Plaza East,
                Brooklyn, NY  11201.

        Re:     *United States of America* v. *eBay Inc.*,
                 No. 1:23-cv-07173-OEM-LB

Dear Counsel:

       I write on behalf of Defendant eBay Inc. in connection with the above-captioned matter.  Pursuant to Rule III.F.1 of Judge Merchant's Individual Practices and Rules and the briefing schedule issued on November 27, enclosed please find copies of the following motion papers that Defendant intends to file with the Court on February 9, 2024 once the parties have completed their briefing of Defendant's Motion to Dismiss:

1. Notice of Defendant's Motion to Dismiss;
2. Memorandum of Law in Support of Defendant's Motion to Dismiss; and
3. Declaration of Sharon L. Nelles in Support of Defendant's Motion to Dismiss, with accompanying exhibit.

                     Sincerely,

                     */s/ Sharon L. Nelles*
                     Sharon L. Nelles

(Attachments)

cc:    James D. Freeman, Esq.
       Paulina Stamatelos, Esq.