

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 26, 2024

By E-mail

Sharon L. Nelles
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Nelless@sullcrom.com

      Re:    *United States v. eBay, Inc.,*
              No. 23-cv-07173 (Merchant, J.) (Bloom, M.J.)

Dear Counsel:

      Pursuant to Rule III.F.1 of the Individual Practices and Rules of Judge Orelia E. Merchant and to the briefing schedule ordered on November 27, 2023, please find attached the United States' Opposition to Defendant's Motion to Dismiss, which the United States shall file with the Court on February 9, 2024. A copy of this letter, without the attachment, will be filed with the Court via ECF.

                                Very truly yours,

                                BREON PEACE
                                United States Attorney

                By:    /s/ Michael S. Blume
                          Michael S. Blume
                          Assistant U.S. Attorney
                          (718) 254-6479
                          Michael.S.Blume@usdoj.gov

Attachment

cc:     Counsel of Record via ECF