**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 9, 2024

Via Hand Delivery

The Honorable Orelia E. Merchant,
   United States District Court,
      Eastern District of New York,
         225 Cadman Plaza East,
           Brooklyn, NY  11201.

      Re:   *United States of America* v. *eBay Inc.*,
            No. 1:23-cv-07173-OEM-LB

Dear Judge Merchant:

      I write on behalf of Defendant eBay Inc. in connection with the above-captioned matter.  Pursuant to Rules II.D and III.F.2 of Your Honor's Individual Practices and Rules and the briefing schedule issued on November 27, 2023, enclosed please find courtesy copies of:

1. Defendant's Notice of Motion to Dismiss (Docket Entry 25);
2. Defendant's Memorandum of Law in Support of its Motion to Dismiss (Docket Entry 26);
3. Declaration of Sharon L. Nelles in Support of Defendant's Motion to Dismiss, with accompanying exhibit (Docket Entry 27);
4. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss (Docket Entry 24); and
5. Defendant's Reply Memorandum of Law in Support of its Motion to Dismiss (Docket Entry 28).

      Pursuant to Individual Rule III.F.2, a copy of this letter will be sent today to Magistrate Judge Bloom and to opposing counsel, and will also be electronically filed.

      We thank the Court for its time and attention to this matter.

The Honorable Orelia E. Merchant                                                                                                -2-

                                                 Respectfully submitted,

                                                 */s/ Sharon L. Nelles*
                                                 Sharon L. Nelles

(Attachments)

cc:     Magistrate Judge Lois Bloom (via Hand Delivery and ECF)
         Michael S. Blume, Esq. (via Email and ECF)
         James D. Freeman, Esq. (via Email and ECF)
         Paulina Stamatelos, Esq. (via Email and ECF)