# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 30, 2024

<u>Via ECF</u>

Magistrate Judge Lois Bloom,
    United States District Court for the Eastern District of New York,
        225 Cadman Plaza East,
            Brooklyn, New York  11201.

      Re:    <u>United States</u> v. <u>eBay, Inc.</u>, No. 1:23-cv-07173 (OEM) (LB)

Dear Magistrate Judge Bloom:

      Pursuant to Local Civil Rule 1.4, Zoe A. Jacoby respectfully requests leave to withdraw as counsel for defendant eBay, Inc. in this case.  Counsel is leaving Sullivan & Cromwell LLP effective August 30, 2024.  eBay will continue to be represented by Sharon L. Nelles, Jeffrey B. Wall, and Laura K. Oswell of Sullivan & Cromwell and Stacie B. Fletcher, Rachel Levick, and Mia Donnelly of Gibson, Dunn & Crutcher, and will not be prejudiced by this withdrawal.  I am not asserting a retaining or charging lien.

      Sincerely,

      <u>/s/ Zoe A. Jacoby</u>
      Zoe A. Jacoby
      (admitted pro hac vice)

cc:    Counsel of Record (via ECF)