UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEAL |
| Plaintiff, | Civil Action No. 23-CV-7173 |
| v. | (Merchant, J.) |
| | (Bloom, M.J.) |
| EBAY, INC. | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on September 30, 2024.

Dated:   Brooklyn, New York
         November 26, 2024

                                                TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

By:   */s/ James D. Freeman*
      JAMES D. FREEMAN
      Senior Attorney
      (718) 254-6479/6147
      James.Freeman2@usdoj.gov

BREON PEACE
United States Attorney
Eastern District of New York

By:   */s/ Michael S. Blume*
      MICHAEL S. BLUME
      KIMBERLY FRANCIS
      Assistant U.S. Attorneys
      (718) 254-6479/6147
      Michael.Blume@usdoj.gov
      Kimberly.Francis@usdoj.gov