UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-five.

_____

United States of America,

   Plaintiff - Appellant,

 v.

Ebay, Inc.,

   Defendant - Appellee.
_____

**ORDER**

Docket No. 24-3104

The Government moves to voluntarily dismiss this appeal pursuant to FRAP 42(b)(2), with each side to bear its own costs in connection with this appeal.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/25/2025